UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/2023
```

CHEPILKO,

        Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.

        Defendants.

21-cv-11229 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's letter dated February 22, 2023. ECF No. 26. The Court will hold a telephonic conference on **March 16, 2023 at 11:00 AM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   March 9, 2023
           New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**