UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/16/2023
```

**CHEPILKO,**

        **Plaintiff,**

    -against-

**CITY OF NEW YORK, ET AL.**

        **Defendants.**

**21-cv-11229 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    As discussed in today's Court Conference, Defendants are hereby **ORDERED** to submit a status report on or by **March 20, 2023** advising the Court if Corporation Counsel will accept service on behalf of the named individual defendants.

**SO ORDERED.**

Dated:    March 16, 2023
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**