UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CHEPILKO,**

                **Plaintiff,**

          -against-

**THE CITY OF NEW YORK, ET AL,**

                **Defendants.**

**21-cv-11229 (ALC)**

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On March 27, 2023, this Court issued an Order for the Marshals to serve Defendants. ECF No. 31. On March 13, 2024, Plaintiff filed a letter stating that the Marshals informed him that they have no information about the case. ECF No. 34.

The Court orders Plaintiff to file a letter by November 3, 2025 indicating whether service was ever executed and whether he intends to continue prosecuting this case.

**SO ORDERED.**

Dated: October 20, 2025
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**