**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Sergei Chepilko                                          :
                                                         :
                                    Plaintiff,           :
                                                         :
                  -against-                              :
                                                         :
Michael Loeffel, et al,                                  :    **ORDER OF SERVICE**
                                    Defendants.          :
                                                         :    **21 CV 11229 (ALC)**
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
                                                         :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court requests that former NYPD Officer Michael Loeffel and Lieutenant Louis

Barbarelli waive service of summons. The Clerk of Court is directed to electronically notify the

NYPD and the New York City Law Department of this Order. The Clerk of Court is further

directed to mail an information package to Plaintiff.

**SO ORDERED.**

**Dated:**   January 20, 2026

      **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

1