UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sergei Chepilko                                              :
                                                             :
                                        Plaintiff,           :
                                                             :
            -against-                                        :
                                                             :
Michael Loeffel, et al,                                      :     ORDER
                                        Defendants.          :
                                                             :     21 CV 11229 (ALC)
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant City of New York filed a pre-motion conference letter on April 20, 2026
ahead of their anticipated motion to dismiss. Plaintiff is ORDERED to respond to this letter by
April 30, 2026.

**SO ORDERED.**

Dated:    April 24, 2026                         _____

            New York, New York                   **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**