UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Sergei Chepilko

                         Plaintiff,   :

       -against-

Michael Loeffel, et al,          :   ORDER

                Defendants.  :

                       :   21 CV 11229 (ALC)

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to attend a telephonic conference on May 20, 2026 at 4 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:  April 24, 2026

        New York, New York                  **ANDREW L. CARTER, JR.**
                                          **United States District Judge**