UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————x

Sergei Chepilko

                                    Plaintiff,    :

            -against-                             :

Michael Loeffel, et al,                          :    ORDER

                                    Defendants.   :

                                                  :    21 CV 11229 (ALC)

—————————————————————x

ANDREW L. CARTER, JR., United States District Judge:

The Parties are ORDERED to file a joint status by June 10, 2026.

SO ORDERED.

Dated:   May 21, 2026

         New York, New York                ANDREW L. CARTER, JR.
                                            United States District Judge