



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/26

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

June 9, 2026

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Sergei Chepilko v. Michael Loeffel, et al.</u>
21 Civ. 11229 (ALC)

Your Honor:

I am Senior Counsel in the Office of the Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants New York Police Department ("NYPD") Officer Michael Loeffel, and Lieutenant Louis Barbarelli ("defendants"), in the above-referenced matter. Defendants write to respectfully request that the Court grant a two-week extension, from June 10, 2026 until June 24, 2026, for the parties to file a joint status report pursuant to the Court's May 21, 2026 Order. *See* Dkt. No. 50, Order, May 21, 2026.  This is the first such request and does not affect any other deadlines.  Plaintiff consents to this request.

By way of background, at the May 20, 2026 Court conference, plaintiff made a settlement demand and plaintiff disclosed for the first time his possession of footage depicting the incident at issue in this lawsuit.  The Court ordered defendants to evaluate if this matter could be settled and to have the parties provide a joint status report regarding settlement by June 10, 2026.  The Court also ordered plaintiff to share his video footage with the defendants as part of that evaluation. After several discussions with plaintiff and issues sending the video footage electronically, defendants received the footage on June 1, 2026.  Because defendants received the video footage almost two weeks after the conference, defendants are respectfully requesting a two-week extension of time for the parties to file a joint status report to ensure defendants sufficient time to evaluate this case for settlement at this juncture.

Accordingly, defendants respectfully request, with plaintiff's consent, that the Court grant a two-week extension, from June 10, 2026 until June 24, 2026, for the parties to file a joint status report.

Defendants thank the Court for its consideration herein.

2

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:     **By U.S. MAIL**
        Sergei Chepilko
        *Plaintiff Pro Se*
        2940 Ocean Parkway, Apt. 23R
        Brooklyn, NY 11235

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/9/26

The Parties' JSR regarding settlement is
due by 6/24/26.

2