UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/2026
```

SERGEI CHEPILKO,

                     Plaintiff,

          -v-

MICHAEL LOEFFEL, ET AL.,

                     Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 25, 2026, this case was referred to the undersigned for settlement.  ECF No. 54.

A conference is scheduled on **July 17, 2026,** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel and Plaintiff, who is proceeding *pro se*, should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 580 052 608#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: June 26, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge