USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI CHEPILKO,

Plaintiff,

-v-

MICHAEL LOEFFEL, ET AL.,

Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 17, 2026, at which Plaintiff requested pro bono counsel. The Court will make inquiries regarding whether pro bono counsel can be appointed. A further conference will be scheduled after the Court obtains information about the appointment of pro bono counsel.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge