USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI CHEPILKO,

Plaintiff,

-v-

MICHAEL LOEFFEL, ET AL.,

Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on August 17, 2026 to discuss settlement procedures and scheduling a future settlement conference. A settlement conference is scheduled before the undersigned on **October 14, 2026** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

By **September 30, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described in paragraphs 5–7 of the Procedures. **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties should exchange their revised settlement demands and responses in advance of their Ex Parte Settlement Letter submissions.

The parties—not just the attorneys—must attend the settlement conference. Corporate parties and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority. Government agencies are subject to additional requirements specified in the Procedures. If it would be a great hardship for a party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge