USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI CHEPILKO,

Plaintiff,

-v-

MICHAEL LOEFFEL, ET AL.,

Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of defendant's letter, ECF No. 60, requesting that the individual defendant former police officers be excused from the upcoming settlement conference. The request is **GRANTED** such that the individual defendant former police officers are excused.

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge