USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEI CHEPILKO,

Plaintiff,

-v-

MICHAEL LOEFFEL, ET AL.,

Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

A settlement conference was held on October 14, 2026. In light of the settlement reached as a result of the conference, the parties are directed to file a joint letter providing an update on this matter by **November 12, 2026**, unless this case is closed before that date.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge