UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/10/2026

SERGEI CHEPILKO,

Plaintiff,

-v-

MICHAEL LOEFFEL, ET AL.,

Defendants.

**ORDER**

21-CV-11229 (ALC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned thanks the parties for filing a joint status report. ECF No. 65. The next status report is due by **December 10, 2026**, if the case is not dismissed before then.

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge